UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BUCHOLZ, DAVID § Case No. 12-45236
BUCHOLZ, MELLIZA §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/29/2013 and the deadline for filing governmental claims was 08/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,864.71 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,864.71 , for a total compensation of $ 1,864.71 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/21/2015              By: _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-45236 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUCHOLZ, DAVID | Date Filed (f) or Converted (c): | 11/15/12 (f) |
| | BUCHOLZ, MELLIZA | 341(a) Meeting Date: | 01/04/13 |
| For Period Ending: | 1/21/2015 | Claims Bar Date: | 08/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 3815 Harmony Drive, Zion, IL 60099 | 141,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 3. Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| Checking Account | | | | | |
| 4. 8 Rooms of furnishings, applainces, electronics an | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 Rooms of furnishings, applainces, electronics and household goods. | | | | | |
| 5. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| 6. 401(K) and Pension | 110,000.00 | 0.00 | | 0.00 | FA |
| 401(K) and Pension | | | | | |
| 7. Walgreens Stock | 600.00 | 0.00 | | 0.00 | FA |
| Walgreens Stock | | | | | |
| 8. 2006 Buick Rendezvous Prices 2006 Utility 4D CXL A | 7,000.00 | 0.00 | | 0.00 | FA |
| 2006 Buick Rendezvous Prices 2006 Utility 4D CXL AWD | | | | | |
| 9. 1984 Chevy Monte Carlo, 123,000, no motor | 100.00 | 0.00 | | 0.00 | FA |
| 1984 Chevy Monte Carlo, 123,000, no motor | | | | | |
| 10. 2002 Suzuki Intruder Volusia, not running | 500.00 | 0.00 | | 0.00 | FA |
| 2002 Suzuki Intruder Volusia, not running | | | | | |
| 11. Potential Tax Refund for 2012 | 10,000.00 | 0.00 | | 11,147.07 | FA |
| Potential Tax Refund for 2012 | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $271,460.00 $0.00 $11,147.07 $0.00
(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-45236    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | BUCHOLZ, DAVID | Date Filed (f) or Converted (c):    11/15/12 (f) |
| | BUCHOLZ, MELLIZA | 341(a) Meeting Date:    01/04/13 |
| | | Claims Bar Date:    08/29/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECEIVED TAX REFUND OWING TO THE DEBTORS.  TRUSTEE TO REVIEW PROOFS OF CLAIM AND THEN PREPARE HIS TFR -
January 18, 2014.  NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.  TRUSTEE TO
COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.


Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-45236 -ABG | |
| Case Name: | BUCHOLZ, DAVID | |
| | BUCHOLZ, MELLIZA | |
| Taxpayer ID No: | *******7040 | |
| For Period Ending: | 01/21/15 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2457 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/28/13 | 11 | H & R BLOCK BANK | Tax refund | 1124-000 | 11,147.07 | | 11,147.07 |
| | | | Income tax refund | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,137.07 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.02 | 11,121.05 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.53 | 11,104.52 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,088.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 11,072.06 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,055.60 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.91 | 11,039.69 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.41 | 11,023.28 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.39 | 11,006.89 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.78 | 10,992.11 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 15.96 | 10,976.15 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 10,959.81 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 10,944.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.27 | 10,927.77 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.72 | 10,912.05 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 10,895.83 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 10,879.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.65 | 10,863.98 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,847.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.61 | 10,832.22 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.10 | 10,816.12 |

Page Subtotals 11,147.07 330.95

LFORM24

Ver: 18.03b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-45236 -ABG |
| Case Name: | BUCHOLZ, DAVID |
| | BUCHOLZ, MELLIZA |
| Taxpayer ID No: | *******7040 |
| For Period Ending: | 01/21/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2457  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,147.07 | 330.95 | 10,816.12 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,147.07 | 330.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,147.07 | 330.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2457 | 11,147.07 | 330.95 | 10,816.12 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,147.07 | 330.95 | 10,816.12 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM24

Ver: 18.03b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: January 21, 2015 |
|---|---|---|---|---|---|---|---|

Case Number:    12-45236  
Debtor Name:    BUCHOLZ, DAVID  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,864.71 | $1,864.71 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $15.96 | $15.96 |
| 000001 070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $474.28 | $474.28 |
| 000002 070<br>7100-00 | National Education Servicing<br>200 W. Monroe St., Ste. 700<br>Chicago, IL 60606 | Unsecured | | $0.00 | $1,239.16 | $1,239.16 |
| 000003 070<br>7100-00 | U.S. Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | Unsecured | | $0.00 | $29,413.78 | $29,413.78 |
| 000004 070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,475.83 | $2,475.83 |
| | Case Totals: | | | $0.00 | $35,483.72 | $35,483.72 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45236  
Case Name: BUCHOLZ, DAVID  
               BUCHOLZ, MELLIZA  
Trustee Name: JOSEPH E. COHEN

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |
| 000002 | National Education Servicing 200 W. Monroe St., Ste. 700 Chicago, IL 60606 | $ | $ | $ |
| 000003 | U.S. Department of Education PO Box 5609 Greenville, TX 75403-5609 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE