# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
BUCHOLZ, DAVID § Case No. 12-45236
BUCHOLZ, MELLIZA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 02/20/2015 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                            Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
BUCHOLZ, DAVID                          §      Case No. 12-45236
BUCHOLZ, MELLIZA                        §
                                        §
            Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,147.07 |
| and approved disbursements of | $ | 330.95 |
| leaving a balance on hand of[1] | $ | 10,816.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,864.71 | $ 0.00 | $ 1,864.71 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 15.96 | $ 15.96 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,864.71 |
| Remaining Balance | $ | 8,951.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,603.05  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  26.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 474.28 | $ 0.00 | $ 126.34 |
| 000002 | National Education Servicing 200 W. Monroe St., Ste. 700 Chicago, IL 60606 | $ 1,239.16 | $ 0.00 | $ 330.10 |
| 000003 | U.S. Department of Education PO Box 5609 Greenville, TX 75403-5609 | $ 29,413.78 | $ 0.00 | $ 7,835.44 |
| 000004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,475.83 | $ 0.00 | $ 659.53 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,951.41 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
David Bucholz
Melliza Bucholz
    Debtors

Case No. 12-45236-ABG
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mmyers                 Page 1 of 1         Date Rcvd: Feb 03, 2015
                               Form ID: pdf006              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db/jdb         +David Bucholz,    Melliza Bucholz,    3815 Harmony Drive,    Zion, Il 60099-9549
19695708       +ADAM ROBERTS,    111 N Canal Suite 885,    CHICAGO, IL 60606-7222
19695709       +BAC Home Loan Servicing, LP,    Bankruptcy Department,    2380 Performance Drive,
                 Richardson, TX 75082-4333
19695711       +COMENITY BANK/MAURICES,    PO BOX 182789,    COLUMBUS, OH 43218-2789
20638633        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
19695710        Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
19695712       +Direct Loan Service System,    PO Box 5609,    Greenville, TX 75403-5609
19695714       +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
19892538       +Kim Bucholz,    3510 Elaine Ave,    Park City, IL 60085-5917
19695717       +Randall S. Miller & Associates,    120 North LaSalle Street, Suite 1140,
                 Chicago, IL 60602-2426
19695718       +TD AUTO FINANCE,    27777 INKSTER RD,    FARMINGTON, MI 48334-5326
19727564       +TD Auto Finance, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
                 St. Louis, MO 63105-1960
20624055        U.S. Department of Education,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19695715       +E-mail/Text: bkfilings@nationaled.net Feb 04 2015 02:39:32      National Education Servicing,
                 200 W. Monroe St., Ste. 700,    Chicago, IL 60606-5057
19695716       +Fax: 407-737-5634 Feb 04 2015 03:22:19      Ocwen Loan Servicing LLC,    1661 Worthington RD,
                 Suite 100,    West Palm Beach, FL 33409-6493
20609138        E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2015 02:38:45
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19695713       ##Household Finance Corp,    PO Box 17574,    Baltimore, MD 21297-1574
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Kathryn A Klein    on behalf of Creditor   TD Auto Finance LLC  f/k/a Chrysler Financial Services
               Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert J Adams    on behalf of Debtor David  Bucholz bankruptcy714@gmail.com,
               bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
              Robert J Adams    on behalf of Joint Debtor Melliza  Bucholz bankruptcy714@gmail.com,
               bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
                                                                                              TOTAL: 5
```