# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCHOLZ, DAVID | § | Case No. 12-45236 |
| BUCHOLZ, MELLIZA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 141,100.00                     Assets Exempt: 120,360.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,951.41       Claims Discharged
                                                 Without Payment: 228,196.64

Total Expenses of Administration: 2,195.66

---

3) Total gross receipts of $ 11,147.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,147.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 213,066.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,195.66 | 2,195.66 | 2,195.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 207,758.00 | 33,603.05 | 33,603.05 | 8,951.41 |
| **TOTAL DISBURSEMENTS** | $ 420,824.00 | $ 35,798.71 | $ 35,798.71 | $ 11,147.07 |

4) This case was originally filed under chapter 7 on 11/15/2012 . The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2016          By: /s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Tax Refund for 2012 | 1124-000 | 11,147.07 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,147.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loan Servicing, LP Bankruptcy Department 2380 Performance Drive Richardson, TX 75082 | | 207,031.00 | NA | NA | 0.00 |
| | TD AUTO FINANCE 27777 INKSTER RD FARMINGTON, MI 48334 | | 6,035.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 213,066.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,864.71 | 1,864.71 | 1,864.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 15.96 | 15.96 | 15.96 |
| ASSOCIATED BANK | 2600-000 | NA | 314.99 | 314.99 | 314.99 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,195.66 | $ 2,195.66 | $ 2,195.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADAM ROBERTS 111 N Canal Suite 885 CHICAGO, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Direct Loan Service System PO Box 5609 Greenville, TX 75403 | | 12,000.00 | NA | NA | 0.00 |
| | Direct Loan Service System PO Box 5609 Greenville, TX 75403 | | 2,800.00 | NA | NA | 0.00 |
| | Direct Loan Service System PO Box 5609 Greenville, TX 75403 | | 4,168.00 | NA | NA | 0.00 |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Household Finance Corp PO Box 17574 Baltimore, MD 21297-1574 | | 8,450.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing LLC 1661 Worthington RD Suite 100 West Palm Beach, FL | | 176,127.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Randall S. Miller & Associates 120 North LaSalle Street, Suite 1140 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,481.00 | 2,475.83 | 2,475.83 | 659.53 |
| 000002 | NATIONAL EDUCATION SERVICING | 7100-000 | 1,238.00 | 1,239.16 | 1,239.16 | 330.10 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 494.00 | 474.28 | 474.28 | 126.34 |
| 000003 | U.S. DEPARTMENT OF EDUCATION | 7100-001 | NA | 29,413.78 | 29,413.78 | 7,835.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 207,758.00 | $ 33,603.05 | $ 33,603.05 | $ 8,951.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-45236 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BUCHOLZ, DAVID | | | Date Filed (f) or Converted (c): | 11/15/12 (f) |
| | BUCHOLZ, MELLIZA | | | 341(a) Meeting Date: | 01/04/13 |
| For Period Ending: | 03/23/16 | | | Claims Bar Date: | 08/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 3815 Harmony Drive, Zion, IL 60099 | 141,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
|    Cash | | | | | |
| 3. Checking Account | 50.00 | 0.00 | | 0.00 | FA |
|    Checking Account | | | | | |
| 4. 8 Rooms of furnishings, appliances, electronics an | 2,000.00 | 0.00 | | 0.00 | FA |
|    8 Rooms of furnishings, applainces, electronics and household goods. | | | | | |
| 5. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
|    Jewelry | | | | | |
| 6. 401(K) and Pension | 110,000.00 | 0.00 | | 0.00 | FA |
|    401(K) and Pension | | | | | |
| 7. Walgreens Stock | 600.00 | 0.00 | | 0.00 | FA |
|    Walgreens Stock | | | | | |
| 8. 2006 Buick Rendezvous Prices 2006 Utility 4D CXL A | 7,000.00 | 0.00 | | 0.00 | FA |
|    2006 Buick Rendezvous Prices 2006 Utility 4D CXL AWD | | | | | |
| 9. 1984 Chevy Monte Carlo, 123,000, no motor | 100.00 | 0.00 | | 0.00 | FA |
|    1984 Chevy Monte Carlo, 123,000, no motor | | | | | |
| 10. 2002 Suzuki Intruder Volusia, not running | 500.00 | 0.00 | | 0.00 | FA |
|    2002 Suzuki Intruder Volusia, not running | | | | | |
| 11. Potential Tax Refund for 2012 | 10,000.00 | 0.00 | | 11,147.07 | FA |
|    Potential Tax Refund for 2012 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $271,460.00   $0.00   $11,147.07   $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-45236  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BUCHOLZ, DAVID | Date Filed (f) or Converted (c): | 11/15/12 (f) |
| | BUCHOLZ, MELLIZA | 341(a) Meeting Date: | 01/04/13 |
| | | Claims Bar Date: | 08/29/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE DEPOSITING FUNDS WITH THE CLERK OF THE COURT - 01/20,/16. TRUSTEE CONTACTING DEPT. OF EDUCATION TO SEE WHY CHECK WASNT CASHED - Oct. 31, 2015. WAITING FOR CHECKS TO CLEAR - July 30, 2015. TFR FILED AND DISTRIBUTION MADE - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.  TRUSTEE HAS RECEIVED TAX REFUND OWING TO THE DEBTORS.  TRUSTEE TO REVIEW PROOFS OF CLAIM AND THEN PREPARE HIS TFR - January 18, 2014.  NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 12/31/14       Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45236 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUCHOLZ, DAVID | Bank Name: | ASSOCIATED BANK |
| | BUCHOLZ, MELLIZA | Account Number / CD #: | *******2457 Checking Account |
| Taxpayer ID No: | *******7040 | | |
| For Period Ending: | 03/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/28/13 | 11 | H & R BLOCK BANK | Tax refund | 1124-000 | 11,147.07 | | 11,147.07 |
| | | | Income tax refund | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,137.07 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.02 | 11,121.05 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.53 | 11,104.52 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,088.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 11,072.06 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,055.60 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.91 | 11,039.69 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.41 | 11,023.28 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.39 | 11,006.89 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.78 | 10,992.11 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 15.96 | 10,976.15 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 10,959.81 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 10,944.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.27 | 10,927.77 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.72 | 10,912.05 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 10,895.83 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 10,879.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.65 | 10,863.98 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,847.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.61 | 10,832.22 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.10 | 10,816.12 |
| 02/21/15 | 300002 | JOSEPH E. COHEN, Trustee | Trustee Fees | 2100-000 | | 1,864.71 | 8,951.41 |
| | | 105 West Madison Street | Trustee Fees | | | | |

Page Subtotals     11,147.07     2,195.66

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45236 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BUCHOLZ, DAVID | | Bank Name: | ASSOCIATED BANK |
| | BUCHOLZ, MELLIZA | | Account Number / CD #: | *******2457 Checking Account |
| Taxpayer ID No: | *******7040 | | | |
| For Period Ending: | 03/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/21/15 | 300003 | Chicago, IL 60602<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 26.63827%<br>(1-1) Unsecured Debt | 7100-000 | | 126.34 | 8,825.07 |
| | 02/21/15 | 300004 | National Education Servicing<br>200 W. Monroe St., Ste. 700<br>Chicago, IL 60606 | Claim 000002, Payment 26.63901% | 7100-000 | | 330.10 | 8,494.97 |
| * | 02/21/15 | 300005 | U.S. Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | Claim 000003, Payment 26.63867% | 7100-003 | | 7,835.44 | 659.53 |
| | 02/21/15 | 300006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 26.63874%<br>(4-1) Modified on 6/24/2013 to<br>correct creditor name (LTK) | 7100-000 | | 659.53 | 0.00 |
| * | 01/22/16 | 300005 | U.S. Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | Claim 000003, Payment 26.63867% | 7100-003 | | -7,835.44 | 7,835.44 |
| | 01/22/16 | 300007 | CLERK OF BANKRUPTCY COURT<br>219 S. DEARBORN ST., CHICAGO, IL 60604 | Claim 000003, Payment 26.63867% | 7100-001 | | 7,835.44 | 0.00 |

Page Subtotals      0.00      8,951.41

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 3

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45236 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BUCHOLZ, DAVID | | Bank Name: | ASSOCIATED BANK |
| | BUCHOLZ, MELLIZA | | Account Number / CD #: | *******2457 Checking Account |
| Taxpayer ID No: | *******7040 | | | |
| For Period Ending: | 03/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,147.07 | 11,147.07 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,147.07 | 11,147.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,147.07 | 11,147.07 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********2457 | | 11,147.07 | 11,147.07 | 0.00 |
| | | | | | 11,147.07 | 11,147.07 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*